```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 24403
   PARIS D LEWIS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1554

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/20/2005 and was confirmed 08/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 05/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG         .00           .00       25929.88
CHASE HOME FINANCE LLC    MORTGAGE ARRE     3338.66           .00        3155.80
COOK COUNTY TREASURER     SECURED           1000.00           .00            .00
ONYX ACCEPTANCE CORP      SECURED           6725.00        117.69         158.42
WILSHIRE CREDIT CORPORAT  CURRENT MORTG         .00           .00        6198.69
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE     1556.46           .00          45.48
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED           .00            .00
AMERICAN EXPRESS TRAVEL   UNSECURED         1521.10           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         8700.49           .00            .00
CAPITAL ONE               UNSECURED          648.71           .00            .00
CITY OF BLUE ISLAND       UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED         1540.00           .00            .00
CITY OF HARVEY            UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED           .00            .00
CREDIT UNION 1            UNSECURED         4876.94           .00            .00
DIRECT MERCHANTS          UNSECURED        NOT FILED           .00            .00
GENESIS CLINICAL LABORAT  UNSECURED        NOT FILED           .00            .00
HANGER PROSTHETIS & ORTH  UNSECURED        NOT FILED           .00            .00
HOLLYWOOD VIDEO           UNSECURED        NOT FILED           .00            .00
HSBC NEVADA               UNSECURED        NOT FILED           .00            .00
I C COLLECTION SERVICE    NOTICE ONLY      NOT FILED           .00            .00
JEFFREY L ROSEN & ASSOC   NOTICE ONLY      NOT FILED           .00            .00
NEXT CARD                 UNSECURED        NOT FILED           .00            .00
NICOR GAS                 UNSECURED          222.52           .00            .00
PENTAGROUP FINANCIAL      UNSECURED        NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED           .00            .00
SECRETARY OF STATE        NOTICE ONLY      NOT FILED           .00            .00
SHERMAN ACQUISITION       UNSECURED        NOT FILED           .00            .00
TOSSAIANT G TOOLE MD      UNSECURED        NOT FILED           .00            .00
UNIVERSITY OF CHICAGO HO  UNSECURED        NOT FILED           .00            .00
VERIZON WIRELESS          UNSECURED        NOT FILED           .00            .00
VILLAGE OF ALSIP          UNSECURED        NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 24403 PARIS D LEWIS
```

```
MCSCI                     UNSECURED         400.00              .00              .00
VILLAGE OF ORLAND PARK    UNSECURED      NOT FILED              .00              .00
ONYX ACCEPTANCE CORP      UNSECURED        1928.32              .00              .00
B-LINE LLC                UNSECURED       18367.57              .00              .00
CODILIS & ASSOCIATES ^    NOTICE ONLY   NOT FILED              .00              .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT    194.00              .00           194.00
ARMOR SYSTEMS CORP        UNSECURED      NOT FILED              .00              .00
THE ASCENSION LAW GROUP   NOTICE ONLY    NOT FILED              .00              .00
BANK FIRST B-LINE LLC     UNSECURED      NOT FILED              .00              .00
CBCS                      UNSECURED      NOT FILED              .00              .00
CMI                       UNSECURED      NOT FILED              .00              .00
CREDIT PROTECTION         UNSECURED      NOT FILED              .00              .00
DISH NETWORK              UNSECURED      NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED              .00              .00
NEXT CARD                 UNSECURED      NOT FILED              .00              .00
PROFFESSIONAL ACCOUNT MG  UNSECURED      NOT FILED              .00              .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     2,700.00                          2,700.00
TOM VAUGHN                TRUSTEE                                           2,233.60
DEBTOR REFUND             REFUND                                                8.52
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 40,742.08

PRIORITY                                         194.00
SECURED                                       35,488.27
    INTEREST                                     117.69
UNSECURED                                           .00
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           2,233.60
DEBTOR REFUND                                      8.52
                        ---------------      ---------------
TOTALS                  40,742.08             40,742.08

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 01/27/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                              PAGE   2
           CASE NO. 05 B 24403 PARIS D LEWIS